IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **PAPST LICENSING GmbH & CO. KG**<br>　　　　　　　　**Plaintiff**<br><br>v.<br><br>**CANON, INC. and CANON U.S.A., INC.**<br>　　　　　　　　**Defendants** | **Civil Action No. 08CV3609**<br><br>**Judge Matthew F. Kennelly**<br>**Magistrate Judge Sidney I. Schenkier** |

### AGREED MOTION BY CANON U.S.A. FOR EXTENSION OF TIME TO ANSWER, PLEAD OR OTHERWISE RESPOND UNTIL JULY 31

Defendant Canon U.S.A., Inc. ("Canon U.S.A."), through its attorneys, respectfully moves this Court to extend the time through July 31, 2008, to answer, plead or otherwise respond to the Complaint for Patent Infringement ("Complaint") filed by Papst Licensing ("Papst"), and in support thereof, states as follows:

　　1.　　Papst has served the summons and Complaint in this matter upon Canon U.S.A.

　　2.　　On July 18, 2008, prior to the expiration of the deadline for Canon U.S.A. to file its first responsive pleading, counsel for Canon U.S.A. spoke with Jerold B. Schnayer, counsel for Papst, who agreed to extend the July 21, 2008 deadline by which Canon U.S.A. must file its first responsive pleadings.  Counsel for Papst agreed to a ten day extension of time.

　　WHEREFORE, Canon U.S.A. requests that this Court enter an Order granting Canon U.S.A. an extension of time to answer, plead or otherwise respond to the Complaint through and including July 31, 2008.

Dated:  July 21, 2008

                                    Respectfully submitted,

                                    /s/   Scott W. Burt
                                    Scott W. Burt
                                    Illinois State Bar No. 6278887
                                    swburt@jonesday.com
                                    JONES DAY
                                    77 West Wacker Drive
                                    Chicago, Illinois 60601-1692
                                    Telephone:  312-782-3939
                                    Facsimile:  312-782-8585

                                    **ATTORNEYS FOR DEFENDANT**
                                    **CANON U.S.A., INC.**

## CERTIFICATE OF SERVICE

I certify that on July 21, 2008, I served by electronic filing a copy of Canon U.S.A.'s

AGREED MOTION BY CANON U.S.A. FOR EXTENSION OF TIME TO ANSWER, PLEAD

OR OTHERWISE RESPOND UNTIL JULY 31 on the following counsel for Papst:

    James P. White
    Jerold B. Schnayer
    John L. Ambrogi
    Husch Blackwell Sanders LLP
    120 South Riverside Plaza, 22nd Floor
    Chicago, IL 60606
    (312) 655-1500
    email:
    jbschnayer@huschblackwell.com
    jambrogi@huschblackwell.com

    s/ Scott W. Burt
    One of the Attorneys for Defendant
    Canon U.S.A., Inc.

CHI-1660361v1