IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **PAPST LICENSING GmbH & CO. KG**<br>Plaintiff<br><br>v.<br><br>**CANON, INC. and CANON U.S.A., INC.**<br>Defendants | Civil Action No. 08CV3609<br><br>Judge Matthew F. Kennelly<br>Magistrate Judge Sidney I. Schenkier |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, July 29, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant Canon U.S.A., Inc. will appear before the Honorable Matthew F. Kennelly or any other Judge sitting in his place and stead, at the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the accompanying AGREED MOTION BY CANON U.S.A. FOR EXTENSION OF TIME TO ANSWER, PLEAD OR OTHERWISE RESPOND UNTIL JULY 31, a copy of which is hereby being served.

Dated:  July 21, 2008

                                            Respectfully submitted,

                                            /s/   Scott W. Burt
                                            Scott W. Burt
                                            Illinois State Bar No. 6278887
                                            swburt@jonesday.com
                                            JONES DAY
                                            77 West Wacker Drive
                                            Chicago, Illinois 60601-1692
                                            Telephone:  312-782-3939
                                            Facsimile:  312-782-8585

                                            **ATTORNEYS FOR DEFENDANT**
                                            **CANON U.S.A., INC.**

## **CERTIFICATE OF SERVICE**

I certify that on July 21, 2008, I served by electronic filing a copy of Canon U.S.A's NOTICE OF MOTION for the AGREED MOTION BY CANON U.S.A. FOR EXTENSION OF TIME TO ANSWER, PLEAD OR OTHERWISE RESPOND UNTIL JULY 31 on counsel of record for Papst:

James P. White
Jerold B. Schnayer
John L. Ambrogi
Husch Blackwell Sanders LLP
120 South Riverside Plaza, 22nd Floor
Chicago, IL 60606
(312) 655-1500
email:
jbschnayer@huschblackwell.com
jambrogi@huschblackwell.com

                                       s/ Scott W. Burt
                                       One of the Attorneys for Defendant
                                       Canon U.S.A., Inc.

CHI-1660360v1