# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3609 | **DATE** | 8/5/2008 |
| **CASE TITLE** | Papst Licensing GmbH & Co. KG vs. Canon, Inc. | | |

**DOCKET ENTRY TEXT**

Canon U.S.A.'s agreed motion for extension of time is granted. Response to complaint is to be filed by 8/7/08.

| | Courtroom Deputy Initials: | DS |
|---|---|---|

Case 1:08-cv-03609 Document 20 Filed 08/05/2008 Page 1 of 1

08C3609 Papst Licensing GmbH & Co. KG vs. Canon, Inc. Page 1 of 1