

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
   CLERK

August 11, 2008

Ms. Katherine S. Snuffer
United States District Court
1825 E. Barrett Prettyman
 United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001


RE:   Papst . KG v. Canon, Inc. et al
Case No:   08C3609

Dear Clerk:

Pursuant to the order of entered by The MDL Panel on 08/07/08, the above record

■   was electronically transmitted to U.S. District Court for the District of Columbia.


                                        Sincerely yours,
                                        **Michael W. Dobbins, Clerk**

                                 By:    */s/Thelma Murry-Sykes*
                                        Deputy Clerk
                                        (312) 435-6077


Enclosures



New Case No. _____        Date _____



c:   Non-ECF Attorneys and Pro se Parties